UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCMAI HUYNH and TRUCPHUONG HUYNH,<br><br>           Plaintiffs,<br><br>      v.<br><br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY, and Does, 1through 25, inclusive<br><br>           Defendants. | Case No.  1:24-CV-00157-KES-EPG<br><br>[*Removed from Fresno Superior Court, Case No. 24CECG00012*]<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE (FRCP 41(a)(2))**<br><br>**Doc. 30**<br><br>Judge:  Hon. Kirk E. Sheriff |

Pending before the Court is a joint stipulation to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint stipulation and **ORDERS** as follows:

1. This action is **DISMISSED** in its entirety **WITH PREJUDICE**; and

2. The parties will bear their own costs and attorneys' fees in connection with the dismissal.

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: April 1, 2026

_____
UNITED STATES DISTRICT JUDGE

-2-

SMRH:4903-0533-8775.1                    ORDER GRANTING JOINT STIPULATION TO DISMISS